# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

7:23 am, Jul 10 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION RELATED TO THE ACCOUNT ASSOCIATED WITH )
CELLULAR TELEPHONE NUMBER (240) 868-5637 )
THAT IS STORED AT PREMISES CONROLLED BY )
TELECOMMUNICATIONS COMPANY AT&T INC. )

Case No. 8:25-mj-1612-AAQ

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

INFORMATION RELATED TO THE ACCOUNT ASSOCIATED WITH CELLULAR TELEPHONE NUMBER (240) 868-5637 THAT IS STORED AT PREMISES CONROLLED BY TELECOMMUNICATIONS COMPANY AT&T INC. See attachment A

located in the **Southern** District of **Florida**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1112 | Involuntary manslaughter |
| 36 C.F.R. § 4.23 | Driving under the influence of alcohol |
| 36 C.F.R. § 4.2 assimilating Md. Transp. Art. § 20-901.1(a) | Reckless driving, |
| 36 C.F.R. § 4.2, assimilating Md. Transp. Art. § 20-102 (b) | Leaving the scene of an accident resulting in death |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*CHRISTOPHER EDMUND*
Digitally signed by CHRISTOPHER EDMUND
Date: 2025.06.18 18:09:39 -04'00'

*Applicant's signature*

Christopher Edmund, Detective, United States Park Police

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: June 20, 2025

*Judge's signature*

City and state: Greenbelt, Maryland

Honorable Ajmel A. Quereshi US Magistrate Judge

*Printed name and title*